HENRY S. CAMBLOS, Respondent, *v.* FREDERICK BUTTERFIELD, Impleaded, etc., Appellant.

(Argued April 25, 1876; decided April 28, 1876.)

*Andrew Boardman* for the appellant.

*John E. Burrill* for the respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.